

# COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

### NOTICE OF ORDER ON MOTION

| | |
|---|---|
| Cause number: | 01-15-00036-CV |
| Style: | Russell Ham |
| | **v** William Stephens, et al |
| Date motion filed[*]: | May 18, 2015 |
| Type of motion: | Motion to Suspend Texas Rule of Appellate Procedure 9.3 |
| Party filing motion: | Appellant |
| Ordered that motion is: | Denied as moot. Appellant is not required to file copies of his brief with the Court. |

Judge's signature: /s/ Harvey Brown

&#9747; Acting individually □ Acting for the Court

Date: June 1, 2015